DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
KELLY L. POPE (Bar No. 235284)
AVALON C. JOHNSON (Bar No. 288167)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
kpope@downeybrand.com
ajohnson@downeybrand.com

Attorneys for Plaintiff and Counter-Defendant
CALIFORNIA STATE EMPLOYEES ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE EMPLOYEES ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD BOGART and DOES 1 through 25, inclusive,<br><br>　　　　Defendant. | Case No.  2:14-CV-02494-JAM-KJN<br><br>**STIPULATION AND  ORDER TO FILE AMENDED ANSWERS TO COMPLAINT AND FIRST AMENDED CROSS-COMPLAINT** |
| RICHARD BOGART,<br><br>　　　　Counter-Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE EMPLOYEES ASSOCIATION,<br><br>　　　　Counter-Defendant. | |

　　　　The parties, by and through their respective counsel, hereby agree and jointly stipulate pursuant to Federal Rule of Civil Procedure 15(a) to allow Plaintiff and Counter-defendant California State Employees Association ("CSEA") to file an Amended Answer to Defendant and

Counterclaimant Richard Bogart's ("Counterclaimant") First Amended Cross-Complaint and to allow Counterclaimant to file an Amended Answer to CSEA's Complaint, as follows:

**RECITALS**

A. WHEREAS, Counterclaimant filed his Answer to CSEA's Complaint on or about October 22, 2014 and CSEA filed its Answer to Defendant and Counter-Plaintiff Richard Bogart's First Amended Cross-Complaint on or about March 16, 2015; and

B. WHEREAS, both parties now seek to file Amended Answers to the operative Complaint and Cross-Complaint ("Amended Answer"), copies of which are attached hereto as Exhibits A and B, respectively; and

C. WHEREAS, both parties have agreed to the other's request for a stipulation to file the attached Amended Answers; and

D. WHEREAS, by stipulating to the filing of the Amended Answers, neither party waives its right to challenge the new affirmative defenses in the Amended Answers by any permissible means.

**STIPULATION**

NOW THEREFORE, in light of the foregoing recitals, IT IS HEREBY STIPULATED by and between CSEA and Counterclaimant, by and through their respective counsel, that CSEA and Counterclaimant may file the Amended Answers attached hereto as Exhibits A and B.

DATED:  December 8, 2015              DOWNEY BRAND LLP


                                      By: */s/ William R. Warne*
                                      WILLIAM R. WARNE
                                      KELLY L. POPE
                                      AVALON C. JOHNSON
                                      Attorney for Plaintiff
                                      CALIFORNIA STATE EMPLOYEES
                                      ASSOCIATION

DOWNEY BRAND LLP

1  DATED: December 7, 2015            KENNADAY, LEAVITT & DAPONDE PC

2

3                                    By: */s/ Kelli Kennaday*
                                         KELLI KENNADAY
4                                        Attorney for Defendant
                                         RICHARD G. BOGART
5

6                              **ORDER**

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  DATED: 12/9/2015                   /s/ John A. Mendez
                                      Hon. John A. Mendez
10                                    United States District Judge

DOWNEY BRAND LLP

00056162.1
1428885.1

3

STIPULATION TO FILE AMENDED ANSWER TO FIRST L AMENDED CROSS-COMPLAINT